**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000598
26-OCT-2020
09:15 AM
Dkt. 6 OAWST

NO. CAAP-20-0000598

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF MH

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. FC-S NO. 19-1-0132)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Chan, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed October 22, 2020, by Father-Appellant BV, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal and that BV "shall be responsible for the payment of all related costs and fees"; (3) the Stipulation to Dismiss Appeal is dated and signed by all self-represented parties and counsel for all other parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved and the appeal is dismissed. BV shall be responsible for the payment of all related costs and fees.

DATED: Honolulu, Hawaiʻi, October 26, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge